FILED
John E. Triplett, Clerk of Court
United States District Court

By jamesburrell at 11:28 am, Nov 26, 2024

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) INFORMATION NO. |
| | ) 4:24-CR- 111 |
| v. | ) |
| | ) 18 U.S.C. § 1470 |
| BOBBY EDWARD CREWS-COUCH | ) Transfer of Obscene Material to a |
| | ) Minor |
| | ) |

**THE UNITED STATES ATTORNEY CHARGES THAT:**

### COUNT ONE
*Transfer of Obscene Material to a Minor*
18 U.S.C. § 1470

On or about April 14, 2024, in Chatham County, within the Southern District of Georgia, the Defendant,

**BOBBY EDWARD CREWS-COUCH,**

knowingly used a facility and means of interstate commerce, that is, the Internet and a mobile telephone, to attempt to transfer obscene matter to another individual who had not attained the age of 16 years, by sending sexually explicit messages to an undercover law enforcement officer who he believed to be a child under the age of 16 years.

All in violation of Title 18, United States Code, Section § 1470.

## FORFEITURE ALLEGATION

The allegation contained in Count One of this Information is hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Sections 1467 and 924(d)

Upon conviction of Count One of this Information, the defendant, **BOBBY EDWARD CREWS-COUCH**, shall forfeit to the United States, any property, real or personal, that was used and intended to be used to commit or to facilitate the commission of the offense, pursuant to Title 18, United States Code, Section 1467. The property to be forfeited under this authority includes a Samsung SM-S918U mobile telephone bearing the serial number R5CW21V1XRN.

Further, upon conviction of Count One of this Information, the defendant, **BOBBY EDWARD CREWS-COUCH**, shall forfeit to the United States any firearm or ammunition involved in the commission of the offense, pursuant to Title 18, United States Code, Section 942(d). The property to be forfeited under this authority includes a Kel-Tec P-11 nine-millimeter handgun bearing the serial number AQA27 and any magazines and ammunition seized contemporaneously with the said firearm.

*{Signatures on the following page}*

_/s/ Sherri A. Stephan_
Sherri A. Stephan
Assistant United States Attorney
*Co-lead Counsel

_/s/ Tania D. Groover_
Tania D. Groover
Assistant United States Attorney
Chief, Criminal Division

_/s/ Timothy P. Dean_
Timothy P. Dean
Assistant United States Attorney
*Co-lead Counsel